To Honorable Judge Jeremy Fogel or U.S. Clerk of the court as to court case number CV-04665-JF against defendant Woodford J.S. I will accept the courts partial dismissal order 4-14-08

(No. C07-4665-JS)

Thanks
Bloodsaw Theopric



Bloodsaw Theopric #P20045
PBSP
P.O. Box 7500
Crescent City, CA. 95532

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

United States District Court
Northern District of Calif.
ATTN: Clerk
450 Golden Gate Ave.
San Francisco, CA. 94102

Confidential
Legal Mail